1  DAVID A. STEINBERG (SBN 130593),
   das@msk.com
2  EMILY F. EVITT (SBN 261491),
   efe@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Defendants Warner/Chappell Music,
   Inc., Roadrunner Records Inc., Chad Kroeger,
7  Mike Kroeger, Ryan Peake, and Ryan Vikedal

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 | DAVID SIGMUND, ROBERT          | CASE NO. CV11-00923 DMG (JEMx)
   | MORFITT, ROBERT WAGNER, DON    |
12 | BINNS, and TREVOR HAYHURST,    | **STIPULATION OF VOLUNTARY**
   |                                | **DISMISSAL WITH PREJUDICE**
13 |         Plaintiffs,            | **(FRCP 41(a)(1)(A)(ii))**

14           v.

15 CHAD KROEGER, MIKE KROEGER,
   RYAN PEAKE, DANIEL ADAIR,
16 BRANDON KROEGER, RYAN
   VIKEDAL, EMI MUSIC CANADA, a
17 foreign corporation, ROADRUNNER
   RECORDS, INC., a corporation and
18 WARNER CHAPPELL MUSIC, INC., a
   California corporation, and DOES 1
19 through 10,

20           Defendants.

Mitchell
Silberberg &
Knupp LLP

4551544.1/30833-00040

1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs David Sigmund, Robert Morfitt, Robert Wagner, Don Binns, and Trevor Hayhurst and Defendants Warner/Chappell Music, Inc., Roadrunner Records Inc., Chad Kroeger, Mike Kroeger, Ryan Peake, and Ryan Vikedal (collectively, the "Parties") submit this stipulation of voluntary dismissal with prejudice.

The Parties stipulate to dismiss all claims in the above-captioned action, in their entirety, with prejudice. The Parties further stipulate that each Party shall bear its own costs and attorneys' fees.

SO STIPULATED.

DATED: April 23, 2012

MITCHELL SILBERBERG & KNUPP LLP
DAVID A. STEINBERG
EMILY F. EVITT

By: _____
David A. Steinberg
Attorneys for Defendants
Warner/Chappell Music, Inc.,
Roadrunner Records Inc., Chad Kroeger,
Mike Kroeger, Ryan Peake, and Ryan
Vikedal

DATED: April 3, 2012

LAW OFFICES OF TIMOTHY V. MILNER
DANIEL NOVECK

By: Daniel Noveck
Timothy V. Milner or Daniel Noveck
Attorneys for Plaintiffs David Sigmund,
Robert Morfitt, Robert Wagner, Don
Binns, and Trevor Hayhurst

Mitchell Silberberg & Knupp LLP
4551544.1/30833-00040